NANNLISA BARIL *v.* ERNEST MITTON ET AL. (12052)

O'CONNELL, HEIMAN and SCHALLER, Js.

Argued February 18—decision released March 8, 1994

*Timothy Brignole,* for the appellant (plaintiff).

*Timothy F. Woodbridge,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.